IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 15-37 (BAH) |
| | : | |
| DWAYNE T. DOLBERRY, | : | |
| | : | |
| Defendant. | : | |

**FILED**
OCT 2 3 2015
Clerk, U.S. District and Bankruptcy Courts

### GOVERNMENT'S STATEMENT OF OFFENSE IN SUPPORT OF DEFENDANT'S PLEA OF GUILTY

The United States of America submits the following statement of offense in support of defendant's plea of guilty.

### *Elements of the Offense.*

The essential elements of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1), each of which the government must prove beyond a reasonable doubt, are:

1. That the defendant knowingly possessed a firearm, that is, a Kel-Tec 9 millimeter caliber semi-automatic pistol, Model PF-9, and ammunition;

2. That the firearm and ammunition had been shipped or transported from one state to another and affecting interstate and foreign commerce; and

3. That, at the time the defendant possessed the firearm and ammunition, the defendant had been convicted of an offense punishable by imprisonment for a term exceeding one year.

*Penalties for the Offense*

The penalty for Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1). The maximum penalty, therefore, is:

(A) a term of imprisonment of not more than 10 years incarceration;

(B) a fine not to exceed $250,000, or both;

(C) a term of supervised release of at least 3 years after any period of incarceration;

(D) a special assessment of $100.

U.S. Sentencing Guideline, § 5E1.2, permits the Court to impose a fine to pay the costs of imprisonment, term of supervised release, and period of probation.

## FACTUAL PROFFER OF DWAYNE T. DOLBERRY

The facts contained herein are not complete in all details. Instead they are provided in order to demonstrate that the elements of the charged offense have been met for purposes of a plea in this case. These are not all of the facts known to the defendant, Dwayne T. Dolberry, and to the Government.

On March 17, 2015, the defendant encountered a Metropolitan Police Department ("MPD") officer near the intersection of Meigs Place, N.E. and Trinidad Avenue, N.E., in Washington, D.C. The MPD officer performed a pat-down of the defendant and found a Kel-Tec 9 millimeter caliber semi-automatic pistol, Model PF-9, and ammunition on the defendant's person. The pistol's serial number was obliterated. To be possessed in Washington, D.C., the firearm and ammunition had been shipped or transported from one state to another and affecting

2

interstate and foreign commerce.

    A records check of defendant Dwayne T. Dolberry's criminal history revealed that he has at least one conviction punishable by more than one year in prison with case number 2003-FEL-005050, in Washington, D.C.

_____
CHRISTOPHER B. BROWN
ASSISTANT U.S. ATTORNEY

_____
DWAYNE T. DOLBERRY
DEFENDANT

_____
David W. Bos
COUNSEL FOR MR. DOLBERRY

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

By: _____
Christopher B. Brown
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov